General Motors Acceptance Corporation, Appellant, v.
Herman Goldstein, Appellee.

Gen. No. 9,421.

opinion filed August 3, 1939.   Eagle & Sweeney
and Taylor, Miller, Busch & Boyden, for appellant; Edward L. Eagle,
Francis X. Busch, Cassius M. Doty and Stephen A. Mitchell, of counsel;
Huber & Reidy, for appellee; Ben. T. Reidy, Isador I. Katz and Albert
Huber, of counsel.   Opinion by JUSTICE WOLFE.   ''Not to be published
in full.''

E. P. Kastien, Appellee, v. Northwestern Steel and
Wire Company, Appellant.

Gen. No. 9,430.

opinion filed August 3, 1939; rehearing denied August 21, 1939.   Sheldon
& Brown, for appellant; William P. Buchanan, for appellee; Max J.
Lipkin, of counsel.   Opinion by JUSTICE WOLFE.   ''Not to be published
in full.''